# UNITED STATES DISTRICT COURT
for the

EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No: 4:18-CR-00073-ALM-CAN(2) |
| MIGUEL ANGEL CEBALLOS, JR. | ) | USM No: 27896-078 |
| Date of Original Judgment: 06/02/2020 | ) | |
| Date of Previous Amended Judgment: | ) | |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
    ☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  189  months **is reduced to**  170 months  .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  06/02/2020  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   09/05/2024

*Judge's signature*

Effective Date:   09/05/2024            AMOS L. MAZZANT, III - UNITED STATES DISTRICT JUDGE
*(if different from order date)*                            *Printed name and title*